UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TANER EREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00507-TWP-MKK |
| ) | |
| SUMMIT MANAGED SOLUTIONS, LLC, ) | |
| MATTHEW PIETY, ) | |
| ) | |
| Defendants. ) | |

**ENTRY ON JURISDICTION**

It has come to the Court's attention that Plaintiff's Amended Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Amended Complaint alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Amended Complaint fails to sufficiently allege the citizenship of the parties. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction"). Further, "the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.*

The Amended Complaint alleges, "Plaintiff Eren is an individual residing at 4305 Bailey Avenue, Cleveland, Ohio 44113" and "Defendant Piety is an individual residing at 10502 Pokagon Way, Indianapolis, Indiana 46239 (Filing No. 11 at 1). These allegations are insufficient to allege the citizenship of Plaintiff and Defendant Matthew Piety to allow the Court to determine whether

diversity jurisdiction exists because the allegations fail to state the citizenship of those individuals. The Amended Complaint also alleges "Defendant Summit purports to be an Indiana limited liability company, with a statutorily registered place of business at 10502 Pokagon Way, Indianapolis, Indiana 46239." *Id.* This allegation is insufficient to allege the citizenship of Defendant Summit Managed Solutions, LLC, to allow the Court to determine whether diversity jurisdiction exists because the allegation fails to state the members of the Defendant Summit Managed Solutions, LLC, and their citizenship.

As the party asking this Court to invoke its jurisdiction, the Plaintiff must properly allege the citizenship of each of the parties to establish subject matter jurisdiction. *See Schur v. L.A. Weight Loss Ctrs., Inc.*, 577 F.3d 752, 758 (7th Cir. 2009); *Doe v. Allied-Signal, Inc.*, 985 F.2d 908, 911 (7th Cir. 1993). Therefore, the Plaintiff is **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the citizenship of the parties. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

**SO ORDERED**.

Date: 4/1/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

DONALD W. DAVIS, JR.
Brennan, Manna & Diamond - Akron
75 East Market Street
Akron, OH 44308

MATHEW E. DONEY
Brennan Manna Diamond - Cleveland
Ste. 1850
200 Public Square
Cleveland, OH 44114

CHRISTOPHER P. JETER
Massillamany & Jeter - Fishers
Ste. 204
11650 Lantern Road
Fishers, IN 46038

ABIGAIL E. PEABODY
Brennan Manna & Diamond
Ste. 1850
200 Public Square
Cleveland, OH 44114

STEVEN E SEASLY
Hahn, Loeser & Parks - Cleveland
2800 BP Tower
200 Public Square
Cleveland, OH 44114